# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAO GABRIEL PINTO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUAW VALLEY RESORT, LLC, a Delaware corporation; KSL RESORTS, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02281-MCE-CKD<br><br>**ORDER DISMISSING DEFENDANT "KSL RESORTS" WITHOUT PREJUDICE**<br><br>Action Filed: September 26, 2017<br>Trial Date: None |

The Court, having considered the Joint Stipulation for Dismissal of Defendant KSL Resorts, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly filed by the parties, finds that "KSL Resorts" shall be DISMISSED without prejudice, with each side to bear his or its attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: December 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE