**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOAO GABRIEL PINTO , an individual, on behalf of himself and all others similarly situated, | Case No. 2:17-cv-02281-MCE-CKD |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR ENTRY OF ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| SQUAW VALLEY RESORT, LLC, a Delaware corporation; and DOES 1 through 50, inclusive, | Action Filed: September 26, 2017 |
| Defendants. | Removed: October 30, 2017 |
| | Trial Date: None |

**ORDER**

The Court has considered the Joint Stipulation for Entry of an Order Granting Plaintiff Leave to File a First Amended Complaint ("Joint Stipulation"), filed by plaintiff Joao Gabriel Pinto ("Plaintiff") and defendant Squaw Valley Resort, LLC ("Squaw Valley") (collectively, the "Parties"). With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and it is hereby ordered that:

1. Plaintiff is granted leave to file his First Amended Complaint, as provided at Exhibit A to the Parties' Joint Stipulation;

2. Defendant will file its responsive pleading within 30 days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE