DAVID YEREMIAN, CA Bar No. 226337
david@yeremianlaw.com
ALVIN B. LINDSAY, CA Bar No. 220236
alvin@yeremianlaw.com
DAVID YEREMIAN & ASSOCIATES, INC.
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone:     (818) 230-8380
Facsimile:     (818) 230-0308

Attorneys for Plaintiff JOAO GABRIEL PINTO
and all others similarly situated

LORI A. BOWMAN, CA Bar No. 114664
lori.bowman@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:     213.239.9800
Facsimile:     213.239.9045

KELSEY A. WEBBER, CA Bar No. 303721
kelsey.webber@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA 95814
Telephone:     916.840.3150
Facsimile:     916.840.3159

Attorneys for Defendant
SQUAW VALLEY RESORT, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAO GABRIEL PINTO , an individual, on behalf of himself and all others similarly situated, | Case No. 2:17-cv-02281-MCE-CKD |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER** |
| vs. | |
| SQUAW VALLEY RESORT, LLC, a Delaware corporation; and DOES 1 through 50, inclusive, | Action Filed:     September 26, 2017<br>Removed:         October 30, 2017<br>Trial Date:       None |
| Defendants. | |

STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE

Plaintiff Joao Gabriel Pinto ("Plaintiff") and defendant Squaw Valley Resort, LLC ("Squaw Valley") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed this action against defendant Squaw Valley and defendant KSL Resorts on September 26, 2017 alleging the following eight causes of action as class-wide claims: (1) Failure to Pay Minimum Wages; (2) Failure to Pay Wages and Overtime Under Labor Code § 510; (3) Meal-Period Liability Under Labor Code § 226.7; (4) Rest-Break Liability Under Labor Code § 226.7; (5) Violation of Labor Code § 2802; (6) Violation of Labor Code § 226(a); (7) Waiting Time Penalties under Labor Code § 203; and (8) Violation of Business and Professions Code § 17200 *et seq.*;

WHEREAS, Plaintiff filed a First Amended Class Action Complaint (the "FAC") on January 23, 2018 by adding a claim under the Private Attorneys General Act, amending his Complaint to adapt it to a federal forum, and dismissing KSL Resorts;

WHEREAS, Squaw Valley's current deadline to respond to the FAC is February 22, 2018;

WHEREAS, Squaw Valley contends that Plaintiff entered into an arbitration agreement that precludes him from pursuing claims in this forum;

WHEREAS, while Squaw Valley has indicated that it intends to respond to the FAC by bringing a motion to compel arbitration (if necessary), the Parties have conferred and agree that any motion practice should be deferred until the Supreme Court issues its decision in *Ernst & Young LLP v. Morris,* United States Supreme Court Docket No. 16-300 ("*Morris*"); and

WHEREAS, the Parties anticipate that the Supreme Court will issue its ruling in *Morris* in the near future.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE

THEREFORE, the Parties stipulate and request that Squaw Valley's deadline to respond to the FAC be extended by forty-five (45) days, from February 22, 2018, until April 9, 2018.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  February 20 , 2018                    DAVID YEREMIAN & ASSOCIATES, INC.


By:   /s/ Alvin B. Lindsay (as authorized on 2/20/18
            David Yeremian
            Alvin B. Lindsay

Attorneys for Plaintiff
JOAO GABRIEL PINTO


DATED:  February 20, 2018                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   /s/  Alexander M. Chemers
            Lori A. Bowman
            Alexander M. Chemers
            Kelsey A. Webber

Attorneys for Defendant
SQUAW VALLEY RESORT, LLC

**ORDER**

  The Court, having reviewed the Stipulation of the Parties and good cause having been shown, hereby orders that the deadline for defendant Squaw Valley Resort, LLC file a responsive pleading to Plaintiff's First Amended Complaint is hereby extended by forty-five (45) days, from February 22, 2018, until April 9, 2018.

  IT IS SO ORDERED.

Dated: February 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE