1 DAVID YEREMIAN, CA Bar No. 226337
david@yeremianlaw.com
2 ALVIN B. LINDSAY, CA Bar No. 220236
alvin@yeremianlaw.com
3 DAVID YEREMIAN & ASSOCIATES, INC.
535 N. Brand Blvd., Suite 705
4 Glendale, California 91203
Telephone: (818) 230-8380
5 Facsimile: (818) 230-0308

6 Attorneys for Plaintiff JOAO GABRIEL PINTO
and all others similarly situated

7 LORI A. BOWMAN, CA Bar No. 114664
lori.bowman@ogletree.com
8 ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
9 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
10 Los Angeles, CA 90071
Telephone: 213.239.9800
11 Facsimile: 213.239.9045

12 KELSEY A. WEBBER, CA Bar No. 303721
kelsey.webber@ogletree.com
13 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza
14 1215 K Street 17th Floor
Sacramento, CA 95814
15 Telephone: 916.840.3150
Facsimile: 916.840.3159

16 Attorneys for Defendant
17 SQUAW VALLEY RESORT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAO GABRIEL PINTO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUAW VALLEY RESORT, LLC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02281-MCE-CKD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Action Filed: September 26, 2017<br>Removed: October 30, 2017<br>Trial Date: None |

Plaintiff Joao Gabriel Pinto ("Plaintiff") and defendant Squaw Valley Resort, LLC ("Squaw Valley") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed this action against defendant Squaw Valley and defendant KSL Resorts on September 26, 2017 alleging the following eight causes of action as class-wide claims: (1) Failure to Pay Minimum Wages; (2) Failure to Pay Wages and Overtime Under Labor Code § 510; (3) Meal-Period Liability Under Labor Code § 226.7; (4) Rest-Break Liability Under Labor Code § 226.7; (5) Violation of Labor Code § 2802; (6) Violation of Labor Code § 226(a); (7) Waiting Time Penalties under Labor Code § 203; and (8) Violation of Business and Professions Code § 17200 *et seq.*;

WHEREAS, Plaintiff filed a First Amended Class Action Complaint (the "FAC") on January 23, 2018 by adding a claim under the Private Attorneys General Act, amending his Complaint to adapt it to a federal forum, and dismissing KSL Resorts;

WHEREAS, Squaw Valley's current deadline to respond to the FAC is April 9, 2018;

WHEREAS, Squaw Valley contends that Plaintiff entered into an arbitration agreement that precludes him from pursuing claims in this forum;

WHEREAS, while Squaw Valley has indicated that it intends to respond to the FAC by bringing a motion to compel arbitration (if necessary), the Parties have conferred and agree that any motion practice should be deferred until the Supreme Court issues its decision in *Ernst & Young LLP v. Morris,* United States Supreme Court Docket No. 16-300 ("*Morris*"); and

WHEREAS, the Parties anticipate that the Supreme Court will issue its ruling in *Morris* in the near future.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  THEREFORE, the Parties stipulate and request that Squaw Valley's deadline to respond to
2  the FAC be extended by forty-five (45) days, from April 9, 2018, until May 24, 2018.
3  **IT IS SO STIPULATED.**
4  Respectfully submitted,

6  DATED: April 5, 2018                    DAVID YEREMIAN & ASSOCIATES, INC.

9                                          By:  /s/ Alvin B. Lindsay (as authorized on 2/20/18
                                               David Yeremian
                                               Alvin B. Lindsay

                                          Attorneys for Plaintiff
                                          JOAO GABRIEL PINTO

14 DATED: April 5, 2018                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

17                                         By:  /s/ Alexander M. Chemers
                                               Lori A. Bowman
                                               Alexander M. Chemers
                                               Kelsey A. Webber

                                          Attorneys for Defendant
                                          SQUAW VALLEY RESORT, LLC

2
STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE

## **ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that the deadline for defendant Squaw Valley Resort, LLC file a responsive pleading to Plaintiff's First Amended Complaint is hereby extended by forty-five (45) days, from until April 9, 2018, until May 24, 2018.

IT IS SO ORDERED.

Dated: April 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE