DAVID YEREMIAN, CA Bar No. 226337
david@yeremianlaw.com
ALVIN B. LINDSAY, CA Bar No. 220236
alvin@yeremianlaw.com
DAVID YEREMIAN & ASSOCIATES, INC.
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff JOAO GABRIEL PINTO
and all others similarly situated

LORI A. BOWMAN, CA Bar No. 114664
lori.bowman@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

KELSEY A. WEBBER, CA Bar No. 303721
kelsey.webber@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

Attorneys for Defendant
SQUAW VALLEY RESORT, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAO GABRIEL PINTO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SQUAW VALLEY RESORT, LLC, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02281-MCE-CKD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Action Filed: September 26, 2017<br>Removed: October 30, 2017<br>Trial Date: None |

| | |
|---|---|
| 1 | Plaintiff Joao Gabriel Pinto ("Plaintiff") and defendant Squaw Valley Resort, LLC ("Squaw |
| 2 | Valley") (together, the "Parties"), by and through their undersigned counsel of record, hereby |
| 3 | stipulate as follows: |
| 4 | WHEREAS, Plaintiff filed this action against defendant Squaw Valley and defendant KSL |
| 5 | Resorts on September 26, 2017 alleging the following eight causes of action as class-wide claims: |
| 6 | (1) Failure to Pay Minimum Wages; (2) Failure to Pay Wages and Overtime Under Labor Code § |
| 7 | 510; (3) Meal-Period Liability Under Labor Code § 226.7; (4) Rest-Break Liability Under Labor |
| 8 | Code § 226.7; (5) Violation of Labor Code § 2802; (6) Violation of Labor Code § 226(a); (7) |
| 9 | Waiting Time Penalties under Labor Code § 203; and (8) Violation of Business and Professions |
| 10 | Code § 17200 *et seq.*; |
| 11 | WHEREAS, Plaintiff filed a First Amended Class Action Complaint (the "FAC") on |
| 12 | January 23, 2018 by adding a claim under the Private Attorneys General Act, amending his |
| 13 | Complaint to adapt it to a federal forum, and dismissing KSL Resorts; |
| 14 | WHEREAS, Squaw Valley's current deadline to respond to the FAC is May 24, 2018; |
| 15 | WHEREAS, Squaw Valley contends that Plaintiff entered into an arbitration agreement that |
| 16 | precludes him from pursuing claims in this forum; |
| 17 | WHEREAS, the Parties had been waiting for the Unites States Supreme Court to issue its |
| 18 | ruling in *Epic Systems Corp. v. Lewis,* United States Supreme Court Docket No. 16-285 ("*Epic*"), |
| 19 | which addresses the enforceability of a class-action waiver; |
| 20 | WHEREAS, the *Epic* decision was finally issued yesterday, May 21, 2018; |
| 21 | WHEREAS, while the *Epic* decision may obviate the need for Squaw Valley to bring a |
| 22 | motion to compel arbitration, the Parties need a short period of time to analyze the *Epic* decision |
| 23 | and to meet and confer; |
| 24 | WHEREAS, a short continuance of Squaw Valley's response deadline would permit the |
| 25 | parties to exhaust their meet-and-confer efforts prior to engaging in motion practice. |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

THEREFORE, the Parties stipulate and request that Squaw Valley's deadline to respond to the FAC be extended by twenty-one (21) days, from May 24, 2018, until June 14, 2018.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: May 22, 2018                          DAVID YEREMIAN & ASSOCIATES, INC.


By: /s/ Alvin B. Lindsay (as authorized on 5/22/18
    David Yeremian
    Alvin B. Lindsay

Attorneys for Plaintiff
JOAO GABRIEL PINTO

DATED: May 22, 2018                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Alexander M. Chemers
    Lori A. Bowman
    Alexander M. Chemers
    Kelsey A. Webber

Attorneys for Defendant
SQUAW VALLEY RESORT, LLC

## ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that the deadline for defendant Squaw Valley Resort, LLC file a responsive pleading to Plaintiff's First Amended Complaint is hereby extended by twenty-one (21) days, from May 24, 2018, until June 14, 2018.

IT IS SO ORDERED.

Dated: May 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE